WARD BAKING COMPANY, PETITIONER-PETITIONER, v.
   CITY OF EAST ORANGE, DEFENDANT-RESPONDENT,
   AND DIVISION OF TAX APPEALS, DEPARTMENT OF
   THE TREASURY, RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Leo Rosenblum* for the petitioner.

*Mr. William L. Brach, Mr. Jack Okin, Mr. Norman N.
Schiff* and *Mr. Saul A. Wolfe* for the respondents.

September 28, 1964.

FERNANDA MISANI, PLAINTIFF-PETITIONER, v. ARTHUR
   J. SILLS AND DOUGLAS H. STINE, DEFENDANTS-RE-
   SPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Miss Fernanda Misani, in propria persona.*

*Mr. Arthur J. Sills* and *Mr. John W. Hayden, Jr.* for the
respondents.